**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GEORGE GOULD,<br><br>*Plaintiff*,<br><br>v.<br><br>CITY OF NEW HAVEN, ET AL.,<br><br>*Defendants*. | No. 3:25-cv-934 (KAD) |
| MARY MURPHY-TAYLOR,<br><br>*Plaintiff*,<br><br>v.<br><br>CITY OF NEW HAVEN, ET AL.,<br><br>*Defendants*. | No. 3:25-cv-935 (KAD)<br><br>August 26, 2026 |

**DEFENDANT CITY OF NEW HAVEN'S MOTION TO BIFURCATE AND STAY DISCOVERY ON PLAINTIFFS' MONELL CLAIM**

Pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, Defendant City of New Haven (the "City") respectfully moves to bifurcate Plaintiffs' claim for municipal liability under *Monell v. Department of Social Services*, 436 U.S. 658 (1978), from Plaintiffs' claims against the individual defendants and to stay discovery concerning the *Monell* claim until the claims against the individual defendants have been resolved.

ORAL ARGUMENT NOT REQUESTED

Bifurcation and a stay will promote judicial economy and avoid potentially unnecessary and burdensome discovery. Resolution of the claims against the individual defendants may eliminate the need to litigate the *Monell* claim, while the proof and discovery relevant to that claim are substantially broader than those relevant to the alleged underlying constitutional violations. Plaintiffs will not be prejudiced because discovery concerning the claims against the individual defendants may proceed without interruption.

The grounds for this motion are set forth more fully in the accompanying memorandum of law.

Prior to filing this motion, counsel for the City conferred with counsel for Plaintiffs, who do not consent to the requested relief. The individual defendants consent to the requested relief.

Accordingly, the City respectfully requests that the Court bifurcate Plaintiffs' *Monell* claim, stay discovery directed solely to that claim pending resolution of the claims against the individual defendants, and grant such other relief as the Court deems appropriate.

Respectfully submitted,

/s/ *Tadhg Dooley*
Tadhg Dooley (ct29364)
Daniel Passeser (ct32099)
Armando Ghinaglia (ct31859)
Wiggin and Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06510
(203) 498-4400
tdooley@wiggin.com
dpasseser@wiggin.com
aghinaglia@wiggin.com

*Counsel for Defendant City of New Haven*